# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-02095-001-TUC-RCC (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Miguel Angel Carrizoza, | |
| Defendant. | |

This matter was referred to the U.S. Magistrate Judge for a Report and Recommendation on Defendant's Motion for Return of Property (Doc. 29).

**IT IS ORDERED** that the Court **ADOPTS** the Report and Recommendation in its entirety.

**IT IS FURTHER ORDERED** that the forfeiture is void and CBP is to either return the seized property to Mr. Carrizoza or begin judicial forfeiture proceedings.

Dated this 20th day of May, 2016.

Raner C. Collins
Chief United States District Judge